```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

ROOSEVELT BARNES                                          PETITIONER

VS.                                  CIVIL ACTION NO. 3:09CV363TSL-JCS

RON KING                                                  RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of the United States Magistrate Judge that respondent's motion to dismiss be denied. Respondent has advised that he agrees with the findings of fact and conclusions of law made by the magistrate judge, and according, the report and recommendation is adopted as the finding of the court.

Accordingly, it is ordered that the motion to dismiss is denied.

SO ORDERED this 27th day of October, 2007.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE