```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**ROOSEVELT BARNES, #52637**                                  **PETITIONER**

**VS.**                                  **CIVIL ACTION NO. 3:09cv363 TSL–MTP**

**RON KING**                                                  **RESPONDENT**

## O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker and the court, having fully reviewed the report and recommendation entered in this cause on December 16, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on December 16, 2011, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus is hereby dismissed with prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the ___10th___ day of January, 2012.


                                /s/Tom S. Lee
                                UNITED STATES DISTRICT JUDGE